R. AND B. REALTY AND CONSTRUCTION COMPANY, IN-
CORPORATED, RELATOR, v. JOHN JELLEME, BUILD-
ING INSPECTOR OF THE CITY OF PASSAIC, RESPOND-
ENT.

Submitted March 20, 1924—Decided May 7, 1924.

Ordinances—Zoning—Ignaciunas v. Risley, Followed.

On application for *mandamus.*

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the relator, *Nicholas O. Berry.*

For the respondent, *Harry H. Weinberger.*

PER CURIAM.

This is a rule to show cause why a *mandamus* should not
be awarded.

The relator desires to erect three two-family houses on
lands owned by it and situate on Grace terrace, in the city
of Passaic, and having complied in every respect with the
rules, laws and requirements regulating the construction of
said buildings applied to respondent for a building permit or
permits which was refused upon the ground that the erection
of such buildings would be in violation of the zoning ordi-
nance of the city of Passaic.

We think this case is controlled by the rules and princi-
ples laid down by *Ignaciunas* v. *Risley,* 1 *N. J. Adv. R.* 1023,
and under the authority thereof an alternative writ of *man-
damus* should issue.